# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

SCENIC PHILADELPHIA AND TACONY ACADEMY CHARTER SCHOOL A/K/A FRANKFORD VALLEY FOUNDATION FOR LITERACY AND TACONY CIVIC ASSOCIATION AND WISSINOMING CIVIC ASSOCIATION,

Petitioners

v.

ZONING BOARD OF ADJUSTMENT OF THE CITY OF PHILADELPHIA AND CITY OF PHILADELPHIA AND RICHARD L. CANTOR,

Respondent

: No. 291 EAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.